WALTER S. PIERCE AND OTHERS, APPELLANTS, *v.* RINALDO M. WATERS AND OTHERS, DEFENDANTS.

Order reversed, with $10 costs, and disbursements, and order

entered as directed in opinion. Appeal from order denying motion to send the case back to the referee, dismissed, without costs.

Opinion by Barrett, J.